**Andrew C. FAULDS, Appellant, v. UNITED STATES of America, Appellee.**

**No. 8237.**

Circuit Court of Appeals, Sixth Circuit.

March 10, 1939.

Vincent E. Schoeck, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause coming on for hearing upon the appellee's motion to docket and dismiss the appeal heretofore noticed in the above entitled case, and the stipulation entered into by counsel for the respective parties to docket and dismiss, and the certificate of the clerk of the United States District Court for the Eastern District of Michigan, and the court being fully advised in the premises, now, therefore, it is ordered that the instant cause be, and the same is hereby, docketed and dismissed without costs to either party.

**The FEDERAL LAND BANK OF SPOKANE, a Corporation, v. Mary P. WEAVER.**

**No. 9099.**

Circuit Court of Appeals, Ninth Circuit.

March 13, 1939.

Fred A. Knutsen, of Spokane, Wash., John M. Colon, of Portland, Or., and Green & Hess, of LaGrande, Or., for appellant.

Burleigh & Burleigh and J. A. Burleigh, all of Enterprise, Or., and S. H. Burleigh, of LaGrande, Or., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause there-for appearing, ordered appeal in this cause dismissed, without costs, that a decree of dismissal be filed and entered accordingly, and the mandate issued forthwith.

**Charles Albert FERNALD, Jr., Appellant, v. Mary R. MYERS, et al.**

**No. 11425.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 3, 1939.

Edward A. Haid, of St. Louis, Mo., for appellant.

Paul L. Stephens, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from United States District Court docketed and dismissed at costs of appellant; attorney's docket fee waived, per stipulation of parties.

**T. Harvey FERRIS and Elizabeth B. Ferris, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 258.**

Circuit Court of Appeals, Second Circuit.

March 27, 1939.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

H. T. Dorrance, of Utica, N. Y., and J. G. Korner, Jr., and George D. Brabson, both of Washington, D. C., for petitioners.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Robert N. Anderson, Sp. Assts. to Atty. Gen. (D. H. Blair, of Washington, D. C., of counsel), for respondent.

PER CURIAM.

Decision affirmed on authority of Eckert v. Burnet, 283 U.S. 140, 51 S.Ct. 373, 75 L.Ed. 911, and Jenkins v. Bitgood, 2 Cir., 101 F.2d 17.